UNPUBLISHED

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 96-7649

MARCUS A. JOSEPH,

Plaintiff - Appellant,

versus

MICHAEL MOORE, Director; LAURIE F. BESSINGER,
Warden; R. ADAMS, Lieutenant, ASU Supervisor,
in their individual and official capacities,

Defendants - Appellees.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Joseph F. Anderson, Jr., District
Judge.  (CA-95-3516-2-17AJ)

Submitted:  March 13, 1997          Decided:  March 19, 1997

Before HALL, ERVIN, and WILKINS, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Marcus A. Joseph, Appellant Pro Se.  Kevin Kendrick Bell, ROBINSON,
MCFADDEN & MOORE, P.C., Columbia, South Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Appellant appeals the district court's order denying relief on his 42 U.S.C. § 1983 (1994) complaint. We have reviewed the record and the district court's opinion accepting the magistrate judge's recommendation and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>Joseph v. Moore</u>, No. CA-95-3516-2-17AJ (D.S.C. Oct. 3, 1996). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

2